UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

JEFFERY ALLEN CALIFF et al.,                             Bankruptcy Case No. 09-12512

    Debtors,                                                               Adversary Proceeding No. 11-80499
_____/

JEFF A. MOYER, Chapter 7 Trustee,

    Plaintiff,                                                               Case No. 1:12-cv-594

v.                                                                                     Hon. Janet T. Neff

RUSSELL PRETTY,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation (Dkt 1) filed June 11, 2012 by the United States Bankruptcy Judge in this action regarding the motion for entry of a default judgment against Defendant. No objections have been filed. Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge (Dkt 1) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that a money judgment shall enter in favor of Plaintiff Jeff A. Moyer, Trustee, against Defendant Russell Pretty in the amount of $1,317.00, together with interest at the statutory rate and costs of $250.00, pursuant to 11 U.S.C. § 550. *Cf.* 28 U.S.C. § 157(c)(1) for the reasons stated in the Report and Recommendation.

Dated: June 28, 2012                                      /s/Janet T. Neff
                                                                   JANET T. NEFF
                                                                   UNITED STATES DISTRICT JUDGE